**Order filed February 8, 2019.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-18-00953-CV

———————

## IN RE STEFANI BAMBACE, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-27762**

---

## EN BANC ORDER

On October 31, 2018, relator Stefani Bambace filed a petition for writ of mandamus asking this court to compel the Honorable Wesley Ward, the then-presiding judge of the 234th District Court of Harris County, to vacate his September 17, 2018 order compelling arbitration of the action below (the "Arbitration Order").

On November 13, 2018, a panel of this court issued an opinion denying relator's petition for writ of mandamus. *See In re Bambace*, No. 14-18-00953-CV, 2018 WL 5914863, at *1 (Tex. App.—Houston [14th Dist.] Nov. 13, 2018, orig. proceeding) (per curiam) (mem. op.). The panel consisted of Justices Donovan, Wise, and Jewell.

Judge Ward ceased to hold office on the trial court on January 1, 2019. The Honorable Lauren Reeder is the successor judge of the 234th District Court. The Honorable John Donovan ceased to hold office on this court on January 1, 2019.

This court granted relator's motions to extend time to file motions for rehearing and en banc reconsideration, which relator timely filed on January 10, 2019. The panel **DENIED** the motion for rehearing, but the motion for en banc reconsideration remains pending. Accordingly, this mandamus proceeding is still pending. Texas Rule of Appellate Procedure 7.2 provides if a mandamus proceeding is pending when the trial judge that is the subject of the proceeding ceases to hold office, the court of appeals must abate the mandamus proceeding to allow the successor judge to reconsider the original judge's decision. *See* Tex. R. App. P. 7.2(b). We therefore **ABATE** this case until Judge Lauren Reeder has an opportunity to reconsider the Arbitration Order and relator has provided this court with a record showing the evidence and argument presented to Judge Reeder and her ruling on reconsideration of the Arbitration Order, or relator moves to dismiss relator's petition for writ of mandamus as moot.

PER CURIAM[1]

---

[1] The en banc court consists of Chief Justice Frost and Justices Christopher, Wise, Jewell, Bourliot, Zimmerer, Spain, Hassan, and Poissant. Chief Justice Frost and Justices Christopher, Wise, and Jewell dissent to the en banc court's order of abatement and would not abate the case.